IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| COURTNEY WARD, as next friend of J.E., a minor, | ) ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION FILE |
| vs. | ) ) | NO. 2:18-CV-00013-LGW-RSB |
| MCINTOSH COUNTY SCHOOL DISTRICT, and BOBBY G. ROBINSON, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE TO THE COURT

COMES NOW the Plaintiff and all Defendants, and file this joint Notice to the Court, pursuant to this Court's order entered on November 9, 2018, instructing the parties to apprise the Court of the status of the state criminal proceedings against defendant Bobby G. Robinson within sixty (60) days of entry of said order and hereby notify the Court as follows:

The state criminal proceedings against Defendant Bobby G. Robinson are still pending, however, based upon the good faith belief of all parties

herein said proceedings will resolve in the near future, at which time the parties will promptly notify the Court.

This 8th day of January, 2019.

                              WILLIAMS, MORRIS & WAYMIRE, LLC

                              /s/ Terry E. Williams
                              TERRY E. WILLIAMS
                              Georgia Bar No. 764330

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790
678-541-0789
terry@wmwlaw.com

                              /s/ Katie S. Mitchell
                              KATIE S. MITCHELL
                              Georgia Bar No. 106088

MITCHELL & REDDOCK, LLC
111 West Court Street
Hinesville, GA 31313
Mandrlawoffice@gmail.com

                              /s/ Wayne S. Melnick
                              WAYNE S. MELNICK
                              Georgia Bar No. 501267

Freeman, Mathis & Gary, LLP
100 Galleria Parkway, SE, Suite 1600
Atlanta, GA 30339
wmelnick@fmglaw.com
asabzevari@fmglaw.com

        /s/ Hieu M. Nguyen
        HIEU M. NGUYEN
        Georgia Bar No.

Harben, Hartley & Hawkins, LLP
Wells Fargo Center
340 Jesse Jewell Pkwy., Suite 750
Gainesville, GA 30501
hnguyen@hhhlawyers.com
phartley@hhhlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO THE COURT** on all parties by electronic filing through the CM/EFC filing system, as follows:

Wayne S. Melnick
Arash Ali Sabzevari
wmelnick@fmglaw.com
asabzevari@fmglaw.com

Hieu M. Nguyen
Philip L. Hartley
Harben, Hartley & Hawkins, LLP
hnguyen@hhhlawyers.com
phartley@hhhlawyers.com

This 8th day of January, 2019.

                              WILLIAMS, MORRIS & WAYMIRE, LLC

                              /s/ Terry E. Williams
                              TERRY E. WILLIAMS
                              Georgia Bar No. 764330

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790
678-541-0789
terry@wmwlaw.com

                    /s/ Katie S. Mitchell
                    KATIE S. MITCHELL
                    Georgia Bar No. 106088

MITCHELL & REDDOCK, LLC
111 West Court Street
Hinesville, GA 31313
Mandrlawoffice@gmail.com

                    /s/ Wayne S. Melnick
                    WAYNE S. MELNICK
                    Georgia Bar No. 501267

Freeman, Mathis & Gary, LLP
100 Galleria Parkway, SE, Suite 1600
Atlanta, GA 30339
wmelnick@fmglaw.com
asabzevari@fmglaw.com

                    /s/ Hieu M. Nguyen
                    HIEU M. NGUYEN
                    Georgia Bar No.

Harben, Hartley & Hawkins, LLP
Wells Fargo Center
340 Jesse Jewell Pkwy., Suite 750
Gainesville, GA 30501
hnguyen@hhhlawyers.com
phartley@hhhlawyers.com