**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| COURTNEY WARD, as next friend of J.E., a minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION FILE NO. 2:18-CV-00013-LGW-RSB |
| MCINTOSH COUNTY SCHOOL DISTRICT, and BOBBY G. ROBINSON, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO LIFT STAY OF DISCOVERY

COMES NOW all parties herein, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 26 and LR 26, move this Court for an order lifting the stay of discovery previously entered on November 9, 2018. As grounds for this motion, the parties show the following:

The state criminal proceedings against Defendant Bobby G. Robinson, which provided the basis for the Court's order to stay discovery, has been resolved fully with all criminal counts against him nolle prossed. There are no other pending matters which require said stay of discovery to remain in effect.

WHEREFORE, the parties respectfully request this Court enter an order lifting the current stay of discovery.

This 28th day of March, 2019.

/s/ Terry E. Williams
TERRY E. WILLIAMS
Georgia Bar No. 764330

WILLIAMS, MORRIS & WAYMIRE, LLC
Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790
678-541-0789
terry@wmwlaw.com

/s/ Katie S. Mitchell
KATIE S. MITCHELL
Georgia Bar No. 106088

MITCHELL & REDDOCK, LLC
111 West Court Street
Hinesville, GA 31313
Mandrlawoffice@gmail.com

/s/ Wayne S. Melnick
WAYNE S. MELNICK
Georgia Bar No. 501267

Freeman, Mathis & Gary, LLP
100 Galleria Parkway, SE, Suite 1600
Atlanta, GA 30339
wmelnick@fmglaw.com
asabzevari@fmglaw.com

/s/ Hieu M. Nguyen
HIEU M. NGUYEN
Georgia Bar No.

Harben, Hartley & Hawkins, LLP
Wells Fargo Center
340 Jesse Jewell Pkwy., Suite 750
Gainesville, GA 30501
hnguyen@hhhlawyers.com
phartley@hhhlawyers.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all parties reviewed, approved, joined, and authorized the filing of the foregoing **JOINT MOTION TO LIFT STAY OF DISCOVERY** and further certify I electronically submitted the foregoing to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants as follows:

| | |
|---|---|
| /s/ Wayne S. Melnick | /s/ Hieu M. Nguyen |
| WAYNE S. MELNICK | HIEU M. NGUYEN |
| Georgia Bar No. 501267 | Georgia Bar No. |
| Freeman, Mathis & Gary, LLP | Harben, Hartley & Hawkins, LLP |
| 100 Galleria Parkway, SE, Suite 1600 | Wells Fargo Center |
| Atlanta, GA 30339 | 340 Jesse Jewell Pkwy., Suite 750 |
| wmelnick@fmglaw.com | Gainesville, GA 30501 |
| asabzevari@fmglaw.com | hnguyen@hhhlawyers.com |

/s/ Terry E. Williams
TERRY E. WILLIAMS
Georgia Bar No. 764330
Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
terry@wmwlaw.com

  This 28th day of March, 2019.

            /s/ Katie S. Mitchell
            KATIE S. MITCHELL
            Georgia Bar No. 106088

MITCHELL & REDDOCK, LLC
111 West Court Street
Hinesville, GA 31313
Mandrlawoffice@gmail.com