# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By CAsbell at 10:41 am, Apr 07, 2020

| | |
|---|---|
| COURTNEY WARD, as next friend of J.E., a minor, | |
| Plaintiff, | CIVIL ACTION NO.: 2:18-cv-13 |
| v. | |
| MCINTOSH COUNTY SCHOOL DISTRICT; and BOBBY G. ROBINSON, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on the parties' Second Consent Motion to Stay.  Doc. 57.  The parties have agreed to participate in mediation.  In response to the Court's March 16, 2020 Order, the parties notified the Court that mediation is scheduled for May 21, 2020.  Id.  The parties request that all remaining deadlines be stayed through May 28, 2020.  Id.  Upon due consideration and for good cause shown, the Court **GRANTS** the parties' Motion and extends the stay of all remaining deadlines in the case to May 28, 2020.  Id.  The Court **ORDERS** the parties to file a status report on or before May 28, 2020 informing the Court whether the parties have resolved their dispute.

**SO ORDERED**, this 7th day of April, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA