

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 8:51 am, May 29, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| COURTNEY WARD, as next friend of J.E., a minor, | |
| Plaintiff, | CIVIL ACTION NO.: 2:18-cv-13 |
| v. | |
| MCINTOSH COUNTY SCHOOL DISTRICT; and BOBBY G. ROBINSON, | |
| Defendants. | |

## O R D E R

This matter is before the Court on the parties' Third Consent Motion to Stay.  Doc. 59.  In accordance with the Court's instructions in the April 7, 2020 Order granting the parties' second consent motion to stay, the parties report their mediation initially scheduled for May 21, 2020, has been rescheduled for June 30, 2020.  Id.  The parties request that all remaining deadlines be stayed through July 7, 2020.  Id.  Upon due consideration and for good cause shown, the Court **GRANTS** the parties' Motion and extends the stay of all remaining deadlines in the case to July 7, 2020.  Id.  The Court **ORDERS** the parties to file a status report on or before July 7, 2020, informing the Court whether the parties have resolved their dispute.  If the parties do not come to an agreement during mediation, they are **ORDERED** to submit a

proposed amended scheduling order for all remaining deadlines.

**SO ORDERED**, this 29th day of May, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA