# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 12:02 pm, Sep 18, 2020

```
COURTNEY WARD, as next friend
of J.E., a minor,

     Plaintiff,

v.                                    CV 218-013

MCINTOSH COUNTY SCHOOL
DISTRICT and BOBBY G.
ROBINSON,

     Defendants.
```

## ORDER

Before the Court is the parties' joint stipulation of dismissal, dkt. no. 65, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 18th day of September, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA